22216

Irene D. Tart PAGE, Respondent, v. Milton PAGE, Appellant.

(325 S. E. (2d) 68)

Supreme Court

*Franklin R. DeWitt,* Conway, *for appellant.*

*Nancy H. Bailey,* Latta, *for respondent.*

Heard Dec. 14, 1984.

Decided Jan. 17, 1985.

*Per Curiam.*

Affirmed pursuant to Rule 23, except we order respondent to return appellant's shotgun or pay him its fair market value within thirty days of the filing of this opinion.

Affirmed.